

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00490-CV

THD S.ᴘ.A., Appellant

v.

Jᴇꜰꜰʀʏ Aʟʟᴇɴ Pᴇɢɢ ᴀɴᴅ Jᴇɴɴɪꜰᴇʀ Pᴇɢɢ, Appellees

§ On Appeal from the 236th District Court

§ of Tarrant County (236-323665-21)

§ July 31, 2025

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying Appellant THD S.p.A.'s special appearance. It is ordered that the trial court's order is reversed, and we render judgment dismissing Appellees Jeffry Allen Pegg and Jennifer Pegg's claims against THD S.p.A for want of personal jurisdiction.

It is further ordered that Appellees Jeffry Allen Pegg and Jennifer Pegg must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
     Justice Elizabeth Kerr